746

■ MINEOLA PAVING CO. INC., Appellant, v. ROWAN REALTY CORPORATION et al., Respondents.— Motion by respondent Security Discount Associates, Inc., to dismiss appeal granted, with $10 costs; appeal dismissed. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ NICHOLAS RENZLER, Appellant, v. SLAG COMPANY OF AMERICA, INC., et al., Respondents.— Motion by respondents to dismiss appeal granted, with $10 costs; appeal dismissed. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ PHILIP ROVNER, Appellant, v. FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY, Respondent.— Motion by respondent to dismiss appeal granted; appeal dismissed, without costs. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILBERT M. SA MARION, Appellant.— Motion by respondent to dismiss appeal from an order of the County Court, Queens County, entered June 7, 1962, which denied appellant's motion to direct that he be supplied free of charge with copies of records of the proceedings leading to his conviction in 1948. Motion granted; appeal dismissed. There are no proceedings now pending in connection with this 1948 judgment of conviction. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD BUTTS, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— Motion by appellant to withdraw appeal from an order of the Supreme Court, Dutchess County, entered September 25, 1961, which dismissed a writ of habeas corpus. Motion granted; appeal withdrawn. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

(September 25, 1962)

■ In the Matter of ARTHUR McCOMB, Respondent, v. TOWN OF BROOKHAVEN, Respondent. ELIZABETH LEEDS et al., Intervenors-Appellants.— Motion by appellants for a stay, pending appeal, granted on condition that appellants perfect the appeal and be ready to argue or submit it on October 11, 1962; appeal ordered on the calendar for said day. Motion by appellants to dispense with printing granted. The appeal will be heard on the original papers and on appellants' and respondents' typewritten briefs, which shall include a copy of the opinion, if any, of the court below. The appellants and respondents are directed to file six copies of their respective typewritten briefs and to serve one copy on each other. The appellants' brief must be served and filed on or before October 3, 1962. Kleinfeld, Acting, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

(September 27, 1962)

■ MARTIN BERNSTEIN, Respondent, v. REMINGTON ARMS COMPANY, INC., Appellant, et al., Defendants.— Motion by appellant for a stay, pending appeal, granted; on condition that appellant perfect the appeal and be ready to argue or submit it at the December Term, beginning November 19, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before October 22, 1962. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.